[No. 43034-7-II.   Division Two.   July 30, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. TANNER ZACHARY ROY RUSSELL, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00627-6, Richard L. Brosey, J., entered January 5, 2012. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., dissenting in part.

[No. 43067-3-II.   Division Two.   July 30, 2013.]

MARIUSZ K. KOWALEWSKI, *Appellant*, v. BARBARA B. KOWALEWSKA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-3-03700-1, Kathryn J. Nelson, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 43246-3-II.   Division Two.   July 30, 2013.]

THE CITY OF OLYMPIA, *Respondent*, v. WILLIAM RILEY MORRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01725-1, Carol Murphy, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 43314-1-II.   Division Two.   July 30, 2013.]

STEVEN L. OSTROM, *Appellant*, v. NICOLE GIBSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-5-01659-6, James R. Orlando, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.